IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KARIN BAIRD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 16-cv-11606 |
| | ) | |
| v. | ) | |
| | ) | Hon. Andrea R. Wood |
| SPERTUS INSTITUTE OF JUDAICA, | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| Defendant. | ) | |

## Joint Stipulation of Dismissal with Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Karin Baird and Defendant Spertus Institute, pursuant to a Settlement Agreement between the parties, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, the parties stipulate that each party will bear its own costs, expenses, and attorneys' fees.

Dated: January 22, 2018

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| */s/ James X. Bormes* | */s/ Elizabeth B. Banaszak* |
| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
| | |
| James X. Bormes | Richard P. McArdle |
| Catherine P. Sons | Elizabeth B. Banaszak |
| Law Office of James X. Bormes, P.C. | SEYFARTH SHAW LLP |
| 8 South Michigan Avenue | 131 South Dearborn Street |
| Suite 2600 | Suite 2400 |
| Chicago, Illinois 60603 | Chicago, Illinois 60603 |
| (312) 201-0575 | (312) 460-5000 |
| jxbormes@bormeslaw.com | rmcardle@seyfarth.com |
| cpsons@bormeslaw.com | ebanaszak@seyfarth.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on January 22, 2018, he caused the foregoing Joint Stipulation of Dismissal with Prejudice to be filed via the CM/ECF system, which will cause copies of such filing to be served on all counsel of record.

/s/ James X. Bormes